UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLA FARRIS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CASE NO. C14-5523-RSL-MAT<br><br>REPORT AND RECOMMENDATION |

　　　　Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration.  The parties now stipulate this case should be reversed and remanded for further proceedings.  (Dkt. 18.)

　　　　Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall:  (1) conduct a new hearing, further develop the record, and issue a new decision; (2) reevaluate and further develop the medical evidence or record; (3) reevaluate steps two and three of the sequential evaluation process; (4) reevaluate plaintiff's RFC pursuant to SSR 96-8p; and (5) reevaluate steps four and five of the sequential evaluation process with the assistance of a

vocational expert, as necessary.  Upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed order accompanies this Report and Recommendation.

DATED this <u>8th</u> day of December, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge